# United States District Court
# For The Western District of North Carolina
# Statesville Division

TAMMY L. PARSONS,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                      CASE NO. 5:10CV75

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2011, Order.

                                               Signed: September 30, 2011

                                               Frank G. Johns, Clerk
                                               United States District Court